**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT

7
8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   CALIFORNIA RIVER WATCH, a 501(c)(3)                    No. C 14-00217 WHA
    nonprofit, public benefit corporation,
10
11              Plaintiff,
                                                           **NOTICE REGARDING**
12     v.                                                  **UPCOMING HEARING**

13  COUNTY OF SONOMA,

14              Defendant.
                                                      /
15
16          Your case is set for a motion hearing on **JUNE 26**.  Please remember our need to train our

17   next generation of lawyers.  So please consider the advisability of assigning the argument to a

18   lawyer of less than four years experience out of law school in your office.  If you send a letter

19   soon stating that such a lawyer will conduct the argument (for at least one side), then the hearing

20   will definitely go forward; otherwise, the Court may rule in advance based on the papers if it

21   concludes an oral argument would be of limited value in resolving the motion, in which case the

22   hearing would be vacated.  If you intend to submit such a letter, please do so by

23   **NOON ON JUNE 20**.

24
25
26   Dated:   June 17, 2014.

                                                    WILLIAM ALSUP
27                                                  UNITED STATES DISTRICT JUDGE
28