IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, a 501(c)(3) nonprofit, public benefit corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SONOMA,<br><br>  Defendant. | No. C 14-00217 WHA<br><br>**REQUEST RE ORAL ARGUMENT** |

The hearing on defendant's motion to dismiss and/or strike is set for June 26. The first amended complaint seeks, *inter alia*, the following injunction (First Amd. Compl. ¶ 29):

> [A]n order enjoining the COUNTY from issuing permits for development of land within 1.3 miles of known breeding sites, known occurrence and within habitat corridors of the designated critical habitat for SCTS, unless the permittee is granted an incidental "take" permit under ESA § 10 and has satisfied all the requirements for surveys and mitigation as set forth in the ESA regulations and the Interim Mitigation Guidelines for the Santa Rosa Plain Conservation Strategy.

The supplemental notice stated (First Amd. Compl. Exh. B) (emphasis added):

> Critical salamander habitat in Sonoma County was determined to cover 74,223 acres, not all of which was contiguous. Due to backlash from developers and other special interests, *the acreage has now been reduced to only 47,383* (September 30, 2011). This small area is referred to as the Santa Rosa Plain Conservation Area ("Conservation Area").

Counsel should be prepared to address whether any of the 1.3 miles radii falls outside of the 47,383 acres mentioned in the supplemental notice.

Dated: June 23, 2014.

  WILLIAM ALSUP
  UNITED STATES DISTRICT JUDGE