IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, a 501(c)(3) nonprofit, public benefit corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SONOMA,<br><br>    Defendant.<br>_____/ | No. C 14-00217 WHA<br><br>**REQUEST FOR ADDITIONAL BRIEFING** |

    If the Court dismisses this action as too abstract and unripe, will the County agree to provide plaintiff with written notice of all permits contemplating development within the 47,383 acres of designated critical habitat within seven calendar days of issuance, so as to solve the problem of plaintiff being uninformed on permits issued by the County and having no practical way of learning of them until the damage, if any, is done?  Please respond by **NOON ON WEDNESDAY JULY 9**.

Dated:  July 7, 2014.

                                                WILLIAM ALSUP<br>
                                                UNITED STATES DISTRICT JUDGE